UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60530-Civ-Moore/Simonton

LUIS E. CUETO,

    Plaintiff,

v.

FOCUS RECEIVABLES MANAGEMENT, LLC.

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties. The parties request the Court reserve jurisdiction to enforce the terms of the parties settlement agreement for 60 days, up to December 25, 2010.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Carlos D. Cabrera, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Conroy, Simberg, Ganon, Krevans & Abel |
| Fort Lauderdale, Florida 33339 | Second Floor |
| Telephone: 954-537-2000 | 3440 Hollywood Boulevard |
| Facsimile: 954-566-2235 | Hollywood, FL 33021 |
| | Telephone: 954-518-1370 |
| | Facsimile: 954-967-8577 |
| | |
| By: /s/ Donald A. Yarbrough | By: /s/ Carlos D. Cabrera |
| Donald A. Yarbrough, Esq. | Carlos D. Cabrera, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60530-Civ-Moore/Simonton

LUIS E. CUETO,

    Plaintiff,

v.

FOCUS RECEIVABLES MANAGEMENT, LLC.

    Defendant.
_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on October 25, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.

**SERVICE LIST**

Mr. Carlos D. Cabrera, Esq.
Conroy, Simberg, Ganon, Krevans & Abel
Second Floor
3440 Hollywood Boulevard
Hollywood, FL 33021
Telephone: 954-518-1370
Facsimile: 954-967-8577

Via Notices of Electronic Filing generated by CM/ECF